**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

| | |
|---|---|
| KRISTEN CONE, et al., individually and on behalf of other similarly situated persons,<br><br>    Plaintiffs,<br>v.<br><br>NATIONSTAR MORTAGE LLC,<br><br>    Defendant. | )<br>)<br>)   Case No. 20-cv-02543-JWB-JPO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE OF SETTLEMENT
AND MOTION TO VACATE CASE DEADLINES**

Plaintiffs Kristen Cone and Richard and Loretta Evans and ("Plaintiffs") and Defendant Nationstar Mortgage LLC ("Nationstar") respectfully notify the Court that the parties have reached an agreement as to the final terms of a settlement of this case. The only remaining steps are for counsel to obtain signatures from their respective clients and exchange executed copies of the agreement. The parties intend to file a notice dismissal promptly upon full execution of the settlement agreement, and respectfully request that they be given 30 days to do so.

Accordingly, the Plaintiffs and Nationstar respectfully request that the Court vacate all pending case deadlines to enable the parties to finalize their settlement agreement. The parties will file a stipulation of dismissal no later than April 26, 2021.

Dated: March 25, 2021.                                    Respectfully submitted,

| **FOULSTON SIEFKIN LLP** | **STUEVE SIEGEL HANSON LLP** |
|---|---|
| */s/ Nathaniel W. Mannebach* | */s/ Michael R. Owens* |
| Jay F. Fowler  KS #10727 | Bradley T. Wilders  KS #78301 |
| Nathaniel W. Mannebach  KS #27591 | Michael R. Owens  KS #26747 |
| 1551 North Waterfront Pkwy, Ste. 100 | 460 Nichols Road, Ste. 200 |
| Wichita, KS 67206-4466 | Kansas City, Missouri 64112 |
| Tel: 316-291-9541 | Tel: 816-714-7100 |
| jfowler@foulston.com | wilders@stuevesiegel.com |
| nmannebach@foulston.com | owens@stuevesiegel.com |

| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **SNYDER LAW FIRM LLC** |
|---|---|
| Jason E. Manning admitted *pro hac vice* | Paul D. Snyder   KS #14537 |
| 222 Central Park Ave., Ste. 2000 | Karen E. Snyder KS #15424 |
| Virginia Beach, VA 23462 | Snyder Law Firm, LLC |
| Tel: 757-687-7564 | 10995 Lowell Ave, Ste 710 |
| jason.manning@troutman.com | Overland Park, KS 66210 |
|  | Tel: 913-685-3900 |
|  | psnyder@snyderlawfirmllc.com |
|  | ksnyder@snyderlawfirmllc.com |
| *Attorneys for Defendant Nationstar Mortgage LLC* | *Attorneys for Plaintiffs and the Proposed Class* |

\* \* \*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this March 25, 2021, I electronically filed the foregoing document with the Court's CM/ECF system, which will serve electronic notice of the same to all counsel of record.

/s/ *Michael R. Owens*
Attorney for Plaintiffs